UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MELVIN X. LINDSAY               :
    Plaintiff                :
                             :
    v.                       : CIVIL NO. 1:10-CV-1851
                             :
RAY EARLSTON, et al.,           :
    Defendants               :

*O R D E R*

AND NOW, this 17th day of February, 2012, upon consideration of the report and recommendation of the magistrate judge (Doc. 28), filed January 13, 2012, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. Defendants' motion for summary judgment is GRANTED. The Clerk of Court shall enter judgment in favor of defendants.

    3. The Clerk of Court shall close this file.

                                /s/ William W. Caldwell
                                 William W. Caldwell
                                 United States District Judge